NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAMSUNG ELECTRONICS CO., LTD.,**
*Appellant*

**v.**

**ACORN SEMI, LLC,**
*Appellee*

---

2022-1539, 2022-1540, 2022-1541, 2022-1542

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-01206, IPR2020-01207, IPR2020-01279, IPR2020-01282.

---

**ON MOTION**

---

PER CURIAM.

# O R D E R

Upon consideration of Samsung Electronics Co., Ltd.'s unopposed motion to voluntarily dismiss the above-captioned appeals pursuant to Federal Rule of Appellate Procedure 42(b) with the parties to bear their own costs,

IT IS ORDERED THAT:

2            SAMSUNG ELECTRONICS CO., LTD. v. ACORN SEMI, LLC

The motion is granted.

                                        FOR THE COURT

January 5, 2023                         /s/ Peter R. Marksteiner
        Date                            Peter R. Marksteiner
                                        Clerk of Court

ISSUED AS A MANDATE: January 5, 2023